UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:     22-80022-CR-CANNON/REINHART

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ETHAN MACIER

      Defendant.

_____/

### <u>NOTICE OF TEMPORARY LIMITED APPEARANCE AS COUNSEL</u>

The Clerk of Court will please enter the appearance of the undersigned attorneys as counsel for Ethan Macier.   The undersigned have been retained by Ethan Macier for limited purposes only at this time.   The undersigned hereby request service of all pleadings, notices, correspondence and papers in this case.

Respectfully submitted,

*/s/ Matthew A. Goldberger*
MATTHEW A. GOLDBERGER
Matthew A. Goldberger, P.A.
1555 Palm Beach Lakes Blvd., #1400
West Palm Beach, Florida 33401
(561) 659-8337
matthew@goldbergerfirm.com
Florida Bar No. 119897


*/s/ Jack A. Goldberger*
JACK A. GOLDBERGER, ESQ.
Goldberger Weiss, P.A.
1555 Palm Beach Lakes Blvd., #1400
West Palm Beach, Florida 33401
(561) 659-8300
Jack@goldbergerweiss.com
Florida Bar No. 262013

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 27, 2022, I electronically filed the foregoing Notice of Temporary Limited Appearance of Counsel with the Clerk of Court via CM/ECF, and this pleading was also served via CM/ECF to all counsel of record.

*/s/ Matthew A. Goldberger*