UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**ETHAN MACIER**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 491]. On January 23, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 488] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 23] pursuant to a written factual proffer and plea agreement [ECF No. 489]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count 1 of the Indictment [ECF No. 23]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 491] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Ethan Macier** as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 22-80022-CR-CANNON

3. Defendant **Ethan Macier** is adjudicated guilty of Count 1 of the Indictment, which charges him with conspiracy to commit health care fraud and wire fraud, in violation of 18 U.S.C. § 1349 [ECF No. 23].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 8th day of February 2023.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record